**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Darrell Rogers<br><br>    Defendant. | CR 92-430-1 PCT-RCB<br><br>AMENDED (affirming special conditions previously imposed on 11/20/2009)<br>ORDER<br>REVOKING SUPERVISED RELEASE |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of standard condition #18, paragraphs A of the petition,

IT IS ORDERED revoking the defendant's supervised release and the defendant, Darrell Rogers, shall be committed to the custody of the Bureau of Prisons for a term of **FOUR (4) MONTHS**.

IT IS FURTHER ORDERED upon release from the Bureau of Prisons, defendant is placed on supervised release for a period of **FORTY-TWO (42) MONTHS**.

IT IS FURTHER ORDERED affirming standard conditions of supervision adopted by the Court in General Order 05-36 and special conditions previously imposed on 11/20/2009. The Defendant shall comply with the following additional special conditions:

1. Upon release from custody, you shall reside and participate at Salvation Army Halfway House for ONE (1) year.

2. You shall not commit another federal, state, local or tribal crime during the term of supervision and you shall report to the nearest United States Probation office within 72 hours from release of custody. You shall abstain from the use of illicit substances.

IT IS FURTHER ORDERED dismissing allegation B.

The defendant is remanded into the custody of the United States Marshal's Service.

The defendant is advised of his right to appeal within 14 days.

DATED this 12th day of July, 2010.

_____
Robert C. Broomfield
Senior United States District Judge