**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-92-430-PCT-RCB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Darrell Rogers, | |
| Defendant | |

Upon motion of the defendant for first request for disposition hearing continuance and no objection by the Government and good cause appearing therefore,

IT IS HEREBY ORDERED continuing the disposition hearing currently set for November 5, 2012 until Tuesday, December 4, 2012 at 11:30 a.m.  The Court finds that the interests of justice outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated in defendant's motion.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

DATED this 31st day of October, 2012.

_____
Robert C. Broomfield
Senior United States District Judge