**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 92-430-1 PCT RCB |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | **REVOKING SUPERVISED RELEASE** |
| Darrell Rogers, | ) ) ) | |
| Defendant. | ) ) | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of standard condition #3, paragraph A of the petition and standard condition #7, paragraph B of the petition,

The Court has considered the factors set forth in 18 U.S.C. § 3583(e), U.S. Sentencing Commission Chapter 7 policy statements, the original guideline range, sentence originally imposed, statements of the parties, and all documentation submitted, including the disposition report.

IT IS ORDERED revoking the defendant's supervised release and the defendant, Darrell Rogers, shall be committed to the custody of the Bureau of Prisons for a term of **EIGHT (8) MONTHS**.

IT IS FURTHER ORDERED upon release from the Bureau of Prisons, defendant is placed on supervised release for a period of up to **THIRTY-SIX (36) MONTHS**. While

1 on supervised release, the defendant shall comply with the standard conditions of
2 supervision adopted by this Court in General Order 12-13. Of particular importance, the
3 defendant shall not commit another federal, state, or local crime during the term of
4 supervision and the defendant shall abstain from the use of illicit substances. Within 72
5 hours of release from the custody of the Bureau of Prisons the defendant shall report in
6 person to the Probation Office in the district to which the defendant is released. The
7 defendant shall comply with the following additional special conditions of supervised
8 release:

9 1.   You shall participate as instructed by the probation officer in a program of substance
10 abuse treatment which may include all forms of testing for all forms of substance abuse. You
11 shall contribute to the cost of treatment in an amount to be determined by the probation
12 officer unless waived by that officer.

13 2.   You shall submit your person, property, house, residence, vehicle, papers, computers
14      as defined in 18 U.S.C. 1030(e)(1), other electronic communications or data storage
15      devices or media, or office, to a search conducted by a probation officer. Failure to
16      submit to a search may be grounds for revocation of release. You shall warn any
17      other occupants that the premises may be subject to searches pursuant to this
18      condition.

19 3.   You shall reside and participate in one or more treatment-based transitional living
20      program for period up to 365 days, unless discharged earlier from one or more of
21      those programs by the assigned probation officer.

22 4.   You are prohibited from possessing, owning, maintaining or using a firearm.

23 5.   You shall abstain from all use of alcohol or alcoholic beverages.

24 6.   You shall not return to or be on the White Mountain Apache Reservation.

25 . . .

The defendant is remanded into the custody of the United States Marshal's Service.

The defendant is advised of his right to appeal within 14 days.

DATED this 5th day of December, 2012.

_____
Robert C. Broomfield
Senior United States District Judge