WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>Darrell Dean Rogers,<br><br>    Defendant. | CR 92-00430-PCT-RCB<br><br>**ORDER**<br>**REVOKING SUPERVISED RELEASE** |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of special condition #1,

IT IS ORDERED revoking the defendant's supervised release and the above-named defendant is committed to the custody of the Bureau of Prisons for a term of **TWENTY-FOUR (24) MONTHS**, with no term of supervised release to follow.

The Court recommends to the Bureau of Prisons that the defendant be placed at FCI Phoenix for service of his sentence.

IT IS FURTHER ORDERED that the remaining allegations in the Petition (Allegations A and C) are dismissed upon motion of the Government.

1    The defendant is remanded into the custody of the United States Marshal Service.

2    The defendant is advised of right to appeal within 14 days of the Order signed by the
3 Court.

4    Date of Dispositon Hearing:   October 28, 2013.

5    DATED this 28th day of October, 2013.

_____
Robert C. Broomfield
Senior United States District Judge